Motion to oppose a lawsuit (renewal) and to stop further lawsuits

Robert L. Beauvais
350 Salisbury St.
Holden, Mass. 01520-1400
508-829-9575

FILED
IN CLERK'S OFFICE
2009 DEC -7 P 12:46
U.S. DISTRICT COURT
DISTRICT OF MASS.

12-3-09

07-4001-FDS

Dear Clerk:

Robert L. Beauvais has good cause to recognize a lawsuit that is atty. Paul R. Riperveau censors my tel. calls from tel. # 508-829-9575 along with atty. Matthew J. Riley and conserv. Albert Bearian. The nature of the suit is espionage and terrorism. The U.S. atty. knows of these suits and has forwarded them to the F.B.I. for investigation. The 2 attys. are located at 344 Summer St., Fitchburg, Mass. 01420 Tel. # 978-345-5666 and conserv. Albert Bearian is located at 70 Pratt St. Lunenburg, Mass. 01462 Tel. # 978-345-6351. Since espionage and terrorism are federal crimes, the U.S. District court has jurisdiction for these matters. Atty. Riperveau when I asked him when he was in a restaurant in Sudbury, Mass. he replied to me "for U.S. atty. isn't tell anyone to it either." The relief that I seek is to have atty. Paul R. Riperveau, atty. Matthew J. Riley and conserv. Albert Bearian prosecuted by you in a federal penitentiary.

Sincerely,
Robert L. Beauvais

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT L. BEAUVAIS, ) | |
| ) | |
| Plaintiff, ) | M.B.D. No. |
| ) | 07-40001-FDS |
| v. ) | |
| ) | |
| ATTORNEY PAUL P. RIGOPOULOS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

SAYLOR, J.

On February 15, 2008, Robert Beauvais, an enjoined litigant, filed a motion to institute a lawsuit (#4) and a motion for leave to proceed *in forma pauperis* (#5).

Plaintiff's motion to institute a lawsuit and the accompanying materials are randomly collated and do not appear to be organized in any particular order, and the documents are not always legible. It appears that he may be asserting claims relating to credit card and/or banking problems, problems with receipt of Social Security funds, and possibly mail fraud. In addition, it appears he is making claims against Paul R. Rigopoulos and others, as previously raised and rejected by this Court, with prejudice.[1]

Because the motion does not present a basis upon which this Court could find any cognizable claims over which this Court has subject matter jurisdiction, plaintiff's motion to institute a lawsuit is hereby DENIED. His motion for leave to proceed *in forma pauperis* is DENIED as moot.

---

[1] *See* Memorandum and Order (#3) noting various filings by Beauvais and enjoining him from filing any claims against Rigopoulos.

Should plaintiff seek to renew his request, any renewed motion to institute a lawsuit must be completely legible—that is, either typed or handwritten in such a manner that each word is discernible. Further, plaintiff must organize his request by stating, in separate paragraphs, the following information: (1) the nature of the claim; (2) the basis for this Court's subject matter jurisdiction over the claim; (3) the name of the defendant(s) he seeks to sue; (4) a brief description of the facts underlying the claim (that is, a statement of what happened, where, when and why, and by whom); and (5) the specific relief sought.

In addition, any renewed motion to institute a lawsuit must also demonstrate good cause why he should be permitted to bring a lawsuit after he has been enjoined and has been found to be an abusive litigant, including whether exceptional circumstances exist so that it would be in the interest of justice to permit a lawsuit to proceed in this Court.

Failure to comply with these directives will result in an immediate denial of any renewed motion to institute a lawsuit. Plaintiff is again warned he may not institute any lawsuit against Attorney Rigopoulos, in accordance with the prior orders of this Court.

Finally, any renewed motion must be accompanied by a completed motion for leave to proceed *in forma pauperis*.

So Ordered.

Date: February 29, 2008

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge